UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| QUENTIN JASHAWN PUTNEY | ) | Possession with Intent to |
| a/k/a "Quentin Thompson" | ) | Distribute Controlled Substances |
| | ) | (Methamphetamine) |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug |
| | ) | Trafficking Crime |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |
| | ) | |

CR422-101

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Possession with Intent to Distribute Controlled Substances (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 31, 2020, in Chatham County, within the Southern District of Georgia, the Defendant,

**QUENTIN JASHAWN PUTNEY,**
a/k/a "Quentin Thompson"

2

aided and abetted by others known and unknown, did knowingly and intentionally possess with intent to distribute 50 grams or more of Methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 31, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**QUENTIN JASHAWN PUTNEY,**
a/k/a "Quentin Thompson"

did knowingly possess a firearm, to wit, Smith & Wesson, Model SD40VE, .40 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession of Controlled Substances with the Intent to Distribute, in violation of Title 21, United States Code, Section 841, as charged in Count 1, of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 31, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**QUENTIN JASHAWN PUTNEY,**
**a/k/a "Quentin Thompson"**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Smith & Wesson, Model SD40VE, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, **QUENTIN JASHAWN PUTNEY, a/k/a "Quentin Thompson"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or deprived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and any of the person's property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of the offense.

Additionally, upon conviction of Counts Two through Three of this Indictment, the Defendant, **QUENTIN JASHAWN PUTNEY, a/k/a "Quentin Thompson"**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to a Smith & Wesson, Model SD40VE, .40 caliber pistol, (Serial Number HFL3157). If any of the property described above, as a result of any act or commission of the Defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

*Signatures on following page*

A True Bill.

_/s/_ Foreperson

_/s/_
David H. Estes
United States Attorney

_/s/_
Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

_/s/_
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division

7